UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

KLEIDYMAR BENITEZ-DELGADO,
Petitioner,
v.
JULIO HERNANDEZ, Seattle Field Director, Enforcement and Removal Operations, Immigration and Customs Enforcement, BRUCE SCOTT, Warden, Northwest ICE Processing Center, MARKWAYNE MULLIN, United States Department of Homeland Security, TODD BLANCHE, United States Attorney General, UNITED STATES DEPARTMENT OF HOMELAND SECURITY,
Respondent.

No. 2:26-CV-03520-SAB

**ORDER DIRECTING PARTIES TO FILE STATUS REPORT**

On October 26, 2026, Respondents filed a status report indicating that Petitioner appeared before an immigration judge (IJ) on October 14, 2026. At that hearing, the IJ denied all application for relief from removal and granted post-conclusion voluntary departure. It is unclear whether Petitioner has appealed the immigration judge's order.

Accordingly, **IT IS HEREBY ORDERED**:

1. Within five days of the entry of this Order, the parties shall file a joint status report indicating whether Petitioner has appealed the IJ's final order of removal.

**IT IS SO ORDERED.** The Clerk of Court is hereby directed to file this Order, provide copies to counsel, and set a case management deadline accordingly.

**DATED** this 6th day of November 2026.

Stan Bastian

Stanley A. Bastian
United States District Judge